CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 17 2020

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| HAROLD C., | |
| Plaintiff, | Case No. 4:19-cv-00036 |
| v. | **ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |
| Defendant. | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I dismiss this case on account of Plaintiff's failure to prosecute his claim. The R&R was filed on May 5, 2020, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 15] shall be, and hereby is, **ADOPTED** in its entirety. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to the *pro se* plaintiff, counsel of record and Magistrate Judge Hoppe.

**ENTERED** this 17th day of June, 2020.

*/s/ Jackson L. Kiser*
SENIOR UNITED STATES DISTRICT JUDGE